AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Jul 25, 2024

SEAN F. McAVOY, CLERK

APRIL H.,

)
*Plaintiff* )
v. )
)
MARTIN O'MALLEY, )
Commissioner of Social Security, )

Civil Action No.   1:24-cv-03018-EFS

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❒   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:   The ALJ's nondisability decision is REVERSED, and this matter is REMANDED to the Commissioner of Social
Security for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).
Judgment entered in favor of Plaintiff.

This action was *(check one)*:

❒   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❒   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge        Edward F. Shea _____

Date:   7/25/2024 _____

CLERK OF COURT

SEAN F. McAVOY

s/ Nicole Cruz _____
*(By) Deputy Clerk*

Nicole Cruz _____